USA-74-24B
(Rev. 05/01)

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

# CRIMINAL DOCKET

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

No. **4:24-cr-00224**

USAO Number:

Magistrate Number:

*April 30, 2024*

CRIMINAL INDICTMENT

Filed Nathan Ochsner, Clerk of Court    Judge: **Bennett**

UNITED STATES of AMERICA

vs.

ATTORNEYS:
**NICOLE ARGIENTIERI, US DOJ CRIM, MATTHEW OLSON, US DOJ NSD**

Marco Palmieri, Rosaleen O'Gara, Celia Choy, Garrett Coyle, DOJ Trial    (202) 307-1475

| Defendant | Attorney | Appt'd | Private |
|---|---|---|---|
| ENRIQUE ROBERTO "HENRY" CUELLAR (1-14) | CHRIS FLOOD | ☐ | ☒ |
| and | | ☐ | ☐ |
| IMELDA RIOS CUELLAR (1-14) | DEREK HOLLINGSWORTH | ☐ | ☒ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

**CHARGE:** (TOTAL) (COUNTS:) **( 14 )**

- Cts. 1 & 5: Conspiracy [18 USC 371]
- Cts. 2 & 6: Bribery [18 USC 201]
- Cts. 3 & 7: Honest Services Wire Fraud [18 USC 1349]
- Cts. 4 & 8: Public Official Acting as an Agent of a Foreign Principal [18 USC 219]
- Ct. 9: Money Laundering Conspiracy [18 USC 1956(h)]
- Cts. 10-14: Money Laundering [18 USC 1956(a)(1)(B)(i)]

**PENALTY:**

Cts. 1 & 5: 5 years imprisonment; up to $250,000 fine or twice the pecuniary gain or loss; supervised release term of up to 3 years; $100 special assessment

Cts. 2 & 6: 15 years imprisonment; up to $250,000 fine or three times the amount of the thing of value; supervised release term up to 3 years; $100 special assessment

Cts. 3 & 7: 20 years imprisonment; up to $250,000 fine or twice the pecuniary gain or loss; supervised release term up to 3 years; $100 special assessment

Cts. 4 & 8: 2 years imprisonment; up to $250,000 fine; or twice the pecuniary gain or loss supervised release term up to 1 year; $100 special assessment

Ct. 9: Up to 20 years imprisonment; up to $500,000 fine or twice the amount of funds laundered; supervised release up to 3 years; $100 special assessment

Cts. 10-14: 20 years imprisonment; up to $500,000 fine or twice the amount of funds laundered; supervised release up to 3 years; $100 special assessment

In Jail

On Bond

No Arrest

NAME & ADDRESS of Surety:

PROCEEDINGS: