Sealed
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
April 30, 2024
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. **4:24-cr-00224** |
| v. | UNDER SEAL |
| ENRIQUE ROBERTO "HENRY" CUELLAR, | |
| and | |
| IMELDA RIOS CUELLAR, | |
| Defendants. | |

## MOTION TO SEAL INDICTMENT AND ORDER

The United States moves for an Order to seal the above-captioned indictment, order, and notice pertaining to the above Defendants.

The United States respectfully requests that this indictment be filed under seal. It is further requested that it be unsealed as to a particular defendant when that defendant is taken into custody or shows for an initial appearance.

The United States further requests that this Order permit the Clerk's office to provide a copy of the sealed indictment to the United States and that the United States, notwithstanding the sealing, be permitted to produce these documents to any defendant and his counsel, and to any state, local, federal, and foreign law enforcement agency assisting with, or working on this matter and related matters, to comply with its discovery obligations, to continue investigation of other potential charges in this matter, and to assist in the apprehension of any defendant.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By: _____
Marco A. Palmieri
Rosaleen T. O'Gara
Celia Choy
Attorneys for the United States

JENNIFER KENNEDY GELLIE
Executive Deputy Chief
    performing the duties of Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice

By: _____
Garrett Coyle
Attorney for the United States