United States District Court
Southern District of Texas
**ENTERED**
July 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CAUSE NO. 4:24-CR-0224 |
| VS. | § | (THE HON. LEE H. ROSENTHAL) |
| | § | |
| ENRIQUE ROBERTO CUELLAR | § | |
| IMELDA RIOS CUELLAR | § | |

## ORDER ACCEPTING WAIVER OF PERSONAL APPEARANCE

Defendants Enrique Roberto Cuellar's and Imelda Rios Cuellar's Joint Motion for Waiver of Personal Appearance at the hearing set for July 31, 2024, on their Opposed Motion to Compel the Government to Allow Counsel to Apply for Security Clearance, is GRANTED. The defendants are excused from appearing at the hearing.

Done at Houston, Texas, on July  30  , 2024.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE