UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | No. 4:24-cr-224 |
| v. § | |
| § | |
| **ENRIQUE ROBERTO "HENRY"** § | |
| **CUELLAR and IMELDA RIOS** § | |
| **CUELLAR,** § | |
| § | |
| Defendants. § | |

### AGREED MOTION FOR PROTECTIVE ORDER
### CONCERNING CLASSIFIED INFORMATION

The United States of America moves for a protective order concerning the disclosure and dissemination of classified national security information under Federal Rules of Criminal Procedure 16 and 57, § 3 of the Classified Information Procedures Act (CIPA), 18 U.S.C. app. 3, the Revised Security Procedures established by the Chief Justice of the United States under CIPA § 9(a), and the Court's inherent supervisory authority.

Counsel for defendant Enrique "Henry" Cuellar have represented that they do not oppose the attached proposed protective order and that this motion for entry of the proposed order is an agreed motion.

1

The government therefore respectfully requests that the Court enter the attached protective order.

Dated: January 31, 2025

Respectfully submitted,

| | |
|---|---|
| JOHN D. KELLER<br>Acting Chief, Public Integrity Section<br>Criminal Division<br>U.S. Department of Justice<br><br>By: */s/ Marco A. Palmieri*<br>Marco A. Palmieri<br>Rosaleen O'Gara<br>Celia Choy<br>Attorneys for the United States | JENNIFER KENNEDY GELLIE<br>Chief<br>Counterintelligence and Export Control Section<br>National Security Division<br>U.S. Department of Justice<br><br>By: */s/ Garrett Coyle*<br>Garrett Coyle<br>Attorney for the United States |

## CERTIFICATE OF SERVICE

      I certify that I filed this motion via the CM/ECF system on January 31, 2025, which caused the motion to be electronically served on all counsel of record.

                                    */s/ Garrett Coyle*
                                    Garrett Coyle