UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:24−cr−00224

Enrique Roberto Cuellar
Imelda Rios Cuellar

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 8/14/2025

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   July 23, 2025

Nathan Ochsner, Clerk