# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                Case Number: 4:24–cr–00224

Enrique Roberto Cuellar
Imelda Rios Cuellar

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Enrique Roberto Cuellar, Imelda Rios Cuellar as set forth below.**

**Before the Honorable Lee H Rosenthal**

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 10/10/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** In Camera Hearing

Date: September 30, 2025                                    Nathan Ochsner, Clerk