UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal Action No. 4:24-cr-00224 |
| § | |
| IMELDA RIOS CUELLAR (2) § | |

### IMELDA RIOS CUELLAR'S UNOPPOSED
### MOTION TO DISMISS WITH PREJUDICE

Defendant Imelda Rios Cuellar, by and through the undersigned counsel, hereby moves to dismiss the Indictment against Ms. Cuellar (Dkt. No. 1) with prejudice. Mrs. Cuellar cites to the Executive Grant of Clemency dated December 2, 2025, granting her a full and unconditional pardon in the above-referenced criminal action as the reason for this dismissal.

Counsel for the Government has indicated that they are unopposed to the relief sought herein.

Respectfully submitted,

**DRUMHELLER, HOLLINGSWORTH & MONTHY, LLP**

/s/ *Derek S. Hollingsworth*
Derek S. Hollingsworth
State Bar No. 24002305
Federal I.D. No. 34569

Anthony D. Drumheller
State Bar No. 00793642
Federal I.D. No. 22734

Jeremy T. Monthy
State Bar No. 24073240
Federal I.D. No. 1115582

Lindsay M. Contreras
State Bar No. 24094164
Federal I.D. No. 3685193

> 712 Main Street, Suite 1705
> Houston, Texas 77002
> Telephone: (713) 751-2300
> Facsimile: (713) 751-2310
> Emails: dhollingsworth@dhmlaw.com
> adrumheller@dhmlaw.com
> jmonthy@dhmlaw.com
> lcontreras@dhmlaw.com
>
> **ATTORNEYS FOR DEFENDANT,**
> **IMELDA RIOS CUELLAR**

### CERTIFICATE OF CONFERENCE

I hereby certify that on December 8, 2025, I conferred with counsel for the Government regarding this Motion, who indicated that that the Government is unopposed to the relief sought herein.

> /s/ *Derek S. Hollingsworth*
> Derek S. Hollingsworth

### CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

> /s/ *Derek S. Hollingsworth*
> Derek S. Hollingsworth