United States District Court
Southern District of Texas
**ENTERED**
December 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CRIMINAL ACTION NO. H-24-224 |
| | § | |
| ENRIQUE ROBERTO "HENRY" CUELLAR and IMELDA RIOS CUELLAR, | § § § § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT FOR IMELDA CUELLAR**

For the reasons set out in this court's Order entered on December 11, 2025, the criminal action against Imelda Cuellar is dismissed with prejudice. This is a final judgment.

SIGNED on December 11, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge