United States Courts
Southern District of Texas
FILED
*December 16, 2025*
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 16, 2025
Lyle W. Cayce
Clerk

No. 25-20431

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

ENRIQUE ROBERTO CUELLAR,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CR-224-1

---

UNPUBLISHED ORDER

Before JONES, RICHMAN, and RAMIREZ, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED Appellant's unopposed motion to dismiss the case is GRANTED.

No. 25-20431

IT IS FURTHER ORDERED Appellant's motion to vacate the district court's order denying the motion to dismiss the indictment is DENIED.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 16, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-20431    USA v. Cuellar
                         USDC No. 4:24-CR-224-1

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _Rebecca Andry_____
                      Rebecca Andry, Deputy Clerk
                      504-310-7638

Ms. Celia Ruth Choy
Mr. Garrett Coyle
Mr. Stephen Dockery
Mr. Chris Flood
Mr. Aaron Jennen
Ms. Carmen Castillo Mitchell
Ms. Rosaleen O'Gara
Mr. Robert Eric Reed